IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| R. TERRY MCDOUGALD, JR., <br> a.k.a., Rufus Terry McDougald, Jr., <br><br> Plaintiff, <br><br> v. <br><br> WALMART, *et al*. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO. 1:20-CV-1012-WHA <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On January 4, 2021, the Magistrate Judge entered a Recommendation (Doc. #3) to which Plaintiff filed an objection (Doc. # 4)  After an independent review of the file, and upon consideration of the Recommendation and Plaintiff's objection thereto, it is ORDERED that:

1. Plaintiff's objection is OVERRULED.

2. The Recommendation of the Magistrate Judge is ADOPTED.

3. The motion for leave to proceed *in forma pauperis* filed by Plaintiff (Doc. 2) is DENIED.

4. This case is DISMISSED without prejudice in accordance with the provisions of 28 U.S.C. § 1915(g) for plaintiff's failure to pay the full filing fee upon initiation of this case.

A separate Final Judgment will be entered.

DONE this 21st day of January 2021.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE